■ In the Matter of MACGREGOR J. WELLS (Admitted as MACGREGOR JOHN WELLS), an Attorney. [761 NYS2d 475] —Peti-

tion granted and respondent suspended from the practice of law pursuant to Judiciary Law § 468-a for failure to pay biennial registration fees, effective May 1, 2003, and until further order of this Court. No opinion. Concur—Buckley, P.J., Rosenberger, Lerner, Friedman and Gonzalez, JJ.